UNITED STATE DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION
Case No. 9-cv-1056-EFM-DWB

**GUADALUPE BETANCOURT, individually**

                **Plaintiff,**

vs.

**TOWNE WEST SQUARE, LLC., a Delaware
Limited Liability Company,**

                **Defendant.**
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, GUADALUPE BETANCOURT, and Defendant, TOWNE WEST SQUARE, LLC, hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1) to the dismissal of all claims filed by Plaintiff against Defendant, without prejudice. Each party shall bear their own attorneys' fees, costs and other expenses of litigation.

| *Counsel for Plaintiffs* | *Counsel for Defendant* |
|---|---|
| Robert J. Vincze | Stewart M. Stein |
| Law Offices of Robert J. Vincze | Stinson Morrison Hecker LLP |
| P.O. Box 792 | 1201 Walnut – Suite 2600 |
| Andover, KS 67002 | Kansas City, MO 64106-2150 |
| (303) 204-8207 | (816) 691-3280 |
| (316) 733-5787 – Facsimile | (816) 691-3495 – Facsimile |
| vinczelaw@att.net | sstein@stinson.com |
| | |
| By: /s/Robert J. Vincze | By /s/Stewart M. Stein |
|     Robert J. Vincze |     Stewart M. Stein |
| | |
| Dated: April 28, 2009 | Dated: April 28, 2009 |

BARRISTERS, 089191, 000063, 502417448.1